## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

EHETENESH ASHINE and
JERON HOLLOWAY, Individually
and as Guardians of the
ESTATE OF L. H., a Minor.
Plaintiffs,

v.

NO: 4:17CV00382 SWW

ARKANSAS DEPARTMENT
OF HUMAN SERVICES; and
CINDY GILLESPIE, in her Official
Capacity as DIRECTOR, of the Arkansas
Department of Human Services,
Defendants.

## ORDER of DISMISSAL

Pursuant to the parties' stipulation of dismissal without prejudice [ECF No. 17],

this case is hereby DISMISSED WITHOUT PREJUDICE.

IT IS SO ORDERED THIS 18th DAY OF OCTOBER, 2017.

**/s/Susan Webber Wright**

UNITED STATES DISTRICT JUDGE